**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 630 MAL 2015

           Respondent

                 :    Petition for Allowance of Appeal from
                 :    the Order of the Superior Court

           v.

JUSTIN CORLISS,

           Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :    No. 631 MAL 2015

           Respondent

                 :    Petition for Allowance of Appeal from
                 :    the Order of the Superior Court

           v.

JUSTIN CORLISS,

           Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal and ancillary are hereby **DENIED**.